AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Electronic Privacy Information Center <br> *Plaintiff(s)* <br> v. <br> Internal Revenue Service <br> *Defendant(s)* | Civil Action No. 18-902 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

        INTERNAL REVENUE SERVICE
        1111 Constitution Avenue, N.W.
        Washington, D.C. 20224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        MARC ROTENBERG
        ALAN BUTLER
        JOHN DAVISSON
        ELECTRONIC PRIVACY INFORMATION CENTER
        1718 Connecticut Avenue, N.W., Suite 200
        Washington, D.C. 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                                            *Signature of Clerk or Deputy Clerk*