CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
_____
    Plaintiff(s)

                                                     Civil Action No. 18-902

vs.

Internal Revenue Service
_____
    Defendant(s)

## AFFIDAVIT OF MAILING

I, Alan Butler _____, hereby state that:

On the 25th day of April, 2018, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

        ATTORNEY GENERAL OF THE UNITED STATES
                Department of Justice
              950 Pennsylvania Ave. NW
                 Washington, DC 20530

I have received the receipt for the certified mail, No. 70151520000053205824 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 30th day of April, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

May 4, 2018                                                      s/ Alan Butler
_____                _____
(Date)                                                         (Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530

| | |
|---|---|
| Certified Mail Fee $3.45 | 0237 89 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $0.00 | |
| ☐ Return Receipt (electronic) $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $0.00 | |
| ☐ Adult Signature Required $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $2.26 | 04/25/2018 |
| Total Postage and Fees $5.71 | |

Sent To: Attorney General of the U.S., Dep't of Justice
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4®: Washington, DC 20530

7015 1520 0000 5320 5824

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70151520000053205824

Expected Delivery on

# MONDAY
# 30  APRIL 2018 ⓘ

by
**8:00pm** ⓘ

## ⊘ Delivered

April 30, 2018 at 4:33 am
Delivered
WASHINGTON, DC 20530

Text & Email Updates  

Tracking History  

**April 30, 2018, 4:33 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:33 am on April 30, 2018 in WASHINGTON, DC 20530.

**April 28, 2018, 1:15 pm**
Available for Pickup
WASHINGTON, DC 20530

**April 28, 2018, 12:46 pm**
Arrived at Unit

WASHINGTON, DC 20018

**April 28, 2018**
In Transit to Next Facility

**April 27, 2018**
In Transit to Next Facility

**April 26, 2018**
In Transit to Next Facility

**April 25, 2018, 10:37 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**April 25, 2018, 6:06 pm**
Departed Post Office
WASHINGTON, DC 20009

**April 25, 2018, 3:08 pm**
USPS in possession of item
WASHINGTON, DC 20009

**Product Information** 

See Less ⋀

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

### FAQs (http://faq.usps.com/?articleId=220900)