IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>    Defendant. | Case No. 1:18-cv-00902 |

**INTERNAL REVENUE SERVICE'S MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant Internal Revenue Service ("Service") moves the Court to enlarge its time to answer or otherwise respond to the complaint by thirty-two days (32) days to June 25, 2018.

Plaintiff Electronic Privacy Information Center ("EPIC"), filed this action against the Service under the Freedom of Information Act ("FOIA") (5 U.S.C. § 552) on April 17, 2018.

Typically, in actions against the United States, the United States is given sixty days by which to respond to a complaint. Fed. R. Civ. P. 12(a)(2). However, in a FOIA case, an agency is required to respond in thirty days after the agency and the United States have been served. 5 U.S.C. § 552(a)(4)(C); Fed. R. Civ. P. 4(i)(1)-(2) (requiring plaintiff to serve the United States by delivering summons and complaint to civil process clerk at United States Attorney's Office or sending summons and complaint to civil process clerk by registered or certified mail, and by sending copy of summons and complaint by registered or certified mail to the Attorney General of the United States, and by sending copy of summons and complaint by registered or certified mail to agency defendant).

EPIC's Affidavit of Service (Doc. No. 5) indicates that the United States Attorney's Office for the District of Columbia was served with the complaint by hand on April 24, 2018, and the undersigned has confirmed that the United States Attorney's Office has received service. Although EPIC's second Affidavit (Doc. No. 5-2) and the tracking information attached thereto indicates that it served the Internal Revenue Service by mail on April 25, 2018, the undersigned has been unable to confirm that the Service received service. Similarly, although EPIC's third Affidavit (Doc. No. 5-1) and the tracking information attached thereto indicates that it served the Attorney General by mail on April 30, 2018, the undersigned has been unable to confirm that the Office of the Attorney General has received service. The notation entry on the docket for Doc. 5 states, "Answer for ALL FEDERAL DEFENDANTS by 5/24/2018."

Good cause exists in this case to extend the time for the Service to answer or otherwise respond. The request at issue in this case seeks information about President Donald J. Trump, and an almost fifteen-page list of business entities. The undersigned counsel has reached out to the Service, its agency client, which has diligently gathered information necessary to respond to the complaint. However, undersigned counsel requires additional time to investigate the allegations of the complaint. Counsel for the Service conferred with counsel for EPIC, and EPIC opposes the requested extension.

Accordingly, the Service respectfully requests that the Court enlarge its time to respond to the complaint to and including June 25, 2018.

Dated: May 18, 2018                              Respectfully submitted,

                                                 RICHARD E. ZUCKERMAN
                                                 Principal Deputy Assistant Attorney General

                                                 */s/ Ryan O. McMonagle*
                                                 RYAN O. MCMONAGLE
                                                 Trial Attorney, Tax Division
                                                 U.S. Department of Justice
                                                 P.O. Box 227
                                                 Washington, D.C.  20044
                                                 202-307-1355 (v)
                                                 202-514-6866 (f)
                                                 Ryan.McMonagle@usdoj.gov

                                                 MEGAN E. HOFFMAN-LOGSDON
                                                 Trial Attorney, Tax Division
                                                 U.S. Department of Justice
                                                 P.O. Box 227, Ben Franklin Station
                                                 Washington, D.C.  20044
                                                 202 616-3342 (v)
                                                 202 514-6866 (f)
                                                 Megan.E.Hoffman-Logsdon@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of May, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Plaintiff.

> */s/ Ryan O. McMonagle*
> RYAN O. MCMONAGLE
> Trial Attorney
> United States Department of Justice, Tax Division