IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| INTERNAL REVENUE SERVICE, | ) ) ) |
| Defendant. | ) ) |

Case No. 1:18-cv-00902-TJK

**INTERNAL REVENUE SERVICE'S MOTION
TO DISMISS THE COMPLAINT FOR FAILURE TO
STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Defendant Internal Revenue Service, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves the Court to dismiss the complaint in this Freedom of Information Act case for failure to state a claim upon which relief can granted.

EPIC is requesting confidential third party returns and return information. EPIC's action suffers from two fatal flaws: *first*, EPIC has not shown that the third party taxpayers to whom its requests pertain have authorized the Service to release that information to EPIC under 26 U.S.C. § 6103(c); and *second,* EPIC has not demonstrated a qualifying material interest by virtue of its relationship with the third parties listed in its request that allows for such release under 26 U.S.C. § 6103(e). Absent a showing of either authorization or a qualifying material interest, EPIC's FOIA request was unperfected under agency FOIA rules and the Service was under no obligation to search for records. Moreover, because EPIC did not perfect its request, it failed to exhaust its

administrative remedies and the Court should dismiss the complaint for failure to state a claim under Rule 12(b)(6).  *Hidalgo v. F.B.I.*, 344 F.3d 1256, 1258-59 (D.C. Cir. 2003).

Dated: June 15, 2018

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

DAVID A. HUBBERT
Deputy Assistant Attorney General


*/s/ Ryan O. McMonagle*
RYAN O. MCMONAGLE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C.  20044
202-307-1355 (v)
202-514-6866 (f)
Ryan.McMonagle@usdoj.gov

MEGAN E. HOFFMAN-LOGSDON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C.  20044
202 616-3342 (v)
202 514-6866 (f)
Megan.E.Hoffman-Logsdon@usdoj.gov

Of Counsel:

JESSIE K. LIU
United States Attorney

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 15th day of June, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Plaintiff.

                                            */s/ Ryan O. McMonagle*
                                            RYAN O. MCMONAGLE
                                            Trial Attorney
                                            United States Department of Justice, Tax Division