IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| INTERNAL REVENUE SERVICE, | ) ) ) |
| Defendant. | ) ) ) |

Case No. 1:18-cv-00902-TJK

**INTERNAL REVENUE SERVICE'S MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendant Internal Revenue Service ("Service") moves the Court to extend by two court days the time to file a reply brief in support of its motion to dismiss from Friday July 6, 2018 to Tuesday July 10, 2018. Counsel for the Internal Revenue Service has conferred with counsel for Plaintiff, and Plaintiff has indicated that it consents to the requested extension.

Good cause exists for the requested extension. The undersigned counsel has limited availability between the date of this motion and the current reply deadline of July 6, 2018 due to both family obligations and the upcoming court holiday on Wednesday July 4th. As a result, the Service has fewer business days in which to prepare a reply than it would typically have under the local rules.

Accordingly, the Internal Revenue Service respectfully requests that the court extend its time to file a reply brief in support of its motion to dismiss by two court days from July 6, 2018 to July 10, 2018.

2

Dated: July 3, 2018

                                                                    Respectfully submitted,

                                                                    RICHARD E. ZUCKERMAN
                                                                    Principal Deputy Assistant Attorney General


                                                                    */s/ Ryan O. McMonagle*
                                                                    RYAN O. MCMONAGLE
                                                                    Trial Attorney, Tax Division
                                                                    U.S. Department of Justice
                                                                    P.O. Box 227
                                                                    Washington, D.C.  20044
                                                                    202-307-1355 (v)
                                                                    202-514-6866 (f)
                                                                    Ryan.McMonagle@usdoj.gov

                                                                   MEGAN E. HOFFMAN-LOGSDON
                                                                    Trial Attorney, Tax Division
                                                                    U.S. Department of Justice
                                                                    P.O. Box 227, Ben Franklin Station
                                                                    Washington, D.C.  20044
                                                                    202 616-3342 (v)
                                                                    202 514-6866 (f)
                                                                    Megan.E.Hoffman-Logsdon@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Plaintiff.

*/s/ Ryan O. McMonagle*
RYAN O. MCMONAGLE
Trial Attorney
United States Department of Justice, Tax Division