IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| INTERNAL REVENUE SERVICE, | ) ) ) |
| Defendant. | ) ) |

Case No. 1:18-cv-00902-TJK

The United States of America hereby moves for a stay of all deadlines in the above-captioned case.

1. At midnight on December 21, 2018, the continuing resolution that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including the Internal Revenue Service and the Department of the Treasury. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation or continuing resolution, Department of Justice attorneys and employees of the Internal Revenue Service and Department of the Treasury are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all deadlines in this case until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department or enacted another continuing resolution. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all deadlines in in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

RICHARD A. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Megan E. Hoffman-Logsdon*
MEGAN E. HOFFMAN-LOGSDON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-616-3342 (v)
202-514-6866 (f)
Megan.E.Hoffman-Logsdon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of December 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties registered to receive such notice.

*/s/ Megan E. Hoffman-Logsdon*
MEGAN E. HOFFMAN-LOGSDON
Trial Attorney
United States Department of Justice, Tax Division
