IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) | Case No. 1:18-cv-00902 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**INTERNAL REVENUE SERVICE'S MOTION TO DISMISS THE COMPLAINT
FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED**

Defendant Internal Revenue Service, pursuant to Rule 12(b)(6) of the Federal Rules of

Civil Procedure, moves the Court to dismiss the complaint for failure to state a claim upon which

relief may granted.

EPIC is requesting confidential third party returns and return information. EPIC's action

suffers from fatal flaws: *first*, EPIC has not shown that the third party taxpayers to whom its

requests pertain have authorized the Service to release that information to EPIC under 26 U.S.C.

§ 6103(c); *second,* EPIC has not demonstrated a qualifying material interest by virtue of its

relationship with the third parties listed in its request that allows for such release under 26 U.S.C.

§ 6103(e); and, *third,* the IRS cannot produce return information to EPIC under 26 U.S.C.

§ 6103(k)(1) as that provision only allows disclosure of limited information to a Public

Inspection File.  To the extent EPIC seeks the returns and return information at issue in in

*Electronic Privacy Information Center v. Internal Revenue Service* ("*EPIC I*"), 910 F.3d 1232

(D.C. Cir. 2018), its claims are barred by *res judicata.*

2

Dated: March 4, 2019

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General


*/s/ Ryan O. McMonagle*
RYAN O. MCMONAGLE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-307-1355 (v)
202-514-6866 (f)
Ryan.McMonagle@usdoj.gov

*/s/ Megan E. Hoffman-Logsdon*
MEGAN E. HOFFMAN-LOGSDON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C.  20044
202 616-3342 (v)
202 514-6866 (f)
Megan.E.Hoffman-Logsdon@usdoj.gov

Of Counsel:

JESSIE K. LIU
United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2019, I electronically filed the foregoing

document with the Clerk of Court using the CM/ECF system, which will send notification of

such filing to Plaintiff.

*/s/ Megan E. Hoffman-Logsdon*
MEGAN E. HOFFMAN-LOGSDON
Trial Attorney
United States Department of Justice, Tax Division