IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>INTERNAL REVENUE SERVICE,<br><br>　　Defendant. | Civ. Action No. 18-902 (TJK) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Plaintiff Electronic Privacy Information Center ("EPIC") and the undersigned respectfully submit notice of the withdrawal of Marc Rotenberg (D.C. Bar #422825) as counsel for Plaintiff in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　ALAN BUTLER, D.C. Bar #1012128
　　　　　　　　　　　　　　　　　　　　EPIC General Counsel

　　　　　　　　　　　　　　　　　　　　/s/ John L. Davisson
　　　　　　　　　　　　　　　　　　　　JOHN L. DAVISSON, D.C. Bar #1531914
　　　　　　　　　　　　　　　　　　　　EPIC Counsel
　　　　　　　　　　　　　　　　　　　　davisson@epic.org

　　　　　　　　　　　　　　　　　　　　ELECTRONIC PRIVACY
　　　　　　　　　　　　　　　　　　　　INFORMATION CENTER
　　　　　　　　　　　　　　　　　　　　1519 New Hampshire Ave, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　(202) 483-1140 (telephone)
　　　　　　　　　　　　　　　　　　　　(202) 483-1248 (facsimile)

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff EPIC*

Dated: April 29, 2020