#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, <br><br> Defendant. | Civ. Action No. 18-902 (TJK) |

### PLAINTIFF'S MOTION REQUESTING ORAL HEARING

Pursuant to Local Civil Rule 7(f), Plaintiff Electronic Privacy Information Center ("EPIC") respectfully moves the Court to allow an oral hearing on Defendant Internal Revenue Service ("IRS")'s Motion to Dismiss the Complaint for Failure to State a Claim Upon Which Relief May Be Granted, Dkt. 21. In support, EPIC states as follows:

1. EPIC filed a Complaint in this matter on April 17, 2018. Compl. for Inj. Relief, Dkt. 1. In the Complaint, EPIC alleges that the IRS has violated deadlines under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and has unlawfully withheld records sought by EPIC in its February 5, 2018 FOIA request. Compl. ¶¶ 43–51.

2. The IRS moved to dismiss EPIC's Complaint on June 15, 2018. IRS Mot. Dimiss, Compl. for Failure to State a Claim, Dkt. 9. The parties fully briefed the IRS's Motion by July 12, 2018. *See* Opp. to Pl.'s Mot. for Leave to File Sur-reply, Dkt. 14.

3. On February 11, 2019, the IRS withdrew its Motion to Dismiss following the D.C. Circuit's ruling in *EPIC v. IRS*, 910 F.3d 1232 (D.C. Cir. 2018). Notice of Withdrawal, Dkt. 18.

4. On March 4, 2019, the IRS filed a renewed Motion to Dismiss. Mot. Dismiss, Dkt 21.

The parties fully briefed the IRS's renewed Motion by April 8, 2019. *See* Reply in Supp. of IRS Mot. Dismiss, Dkt. 25.

5. The IRS's renewed Motion to Dismiss is pending before this Court.

6. The decision of whether to allow an oral hearing on a motion is "within the discretion of the Court." LCvR 7(f).

7. As the parties' briefs reflect, the IRS's renewed Motion to Dismiss presents several novel and complex legal issues, including the interaction of the FOIA and 26 U.S.C. § 6103(k)(1), the scope of the IRS's obligation to disclose accepted offers-in-compromise, and the relevance of the D.C. Circuit's ruling in *EPIC v. IRS I*, 910 F.3d 1232, to the meaning of § 6103(k)(1).

8. EPIC believes that oral argument could further clarify the arguments presented by the Parties in briefing, assist the Court in its resolution of the issues raised therein, and facilitate the efficient disposition of this FOIA matter.

9. Accordingly, EPIC respectfully requests that the Court allow an oral hearing on the IRS's renewed Motion to Dismiss.

10. EPIC contacted counsel for the IRS, who indicated that the IRS opposes this Motion.

Dated: April 28, 2021         Respectfully submitted,

ALAN BUTLER, D.C. Bar #1012128
EPIC President and Executive Director

/s/ John L. Davisson
JOHN L. DAVISSON, D.C. Bar #1531914
EPIC Senior Counsel

ELECTRONIC PRIVACY
INFORMATION CENTER
1519 New Hampshire Ave, N.W.

Washington, D.C. 20036
(202) 483-1140 (telephone)
(202) 483-1248 (fax)

*Attorneys for Plaintiff EPIC*