**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, <br><br> Defendant. | Civ. Action No. 18-902 (TJK) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion Requesting Oral Hearing on Defendant's

Motion to Dismiss the Complaint for Failure to State a Claim Upon Which Relief May Be

Granted, Dkt. 21, it is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**ORDERED** that the Parties shall appear before the Court for an oral hearing on

Defendant's Motion to Dismiss on _____.

**SO ORDERED.**

 

 

                                                             _____
Dated:_____                                           TIMOTHY J. KELLY
                                                             United States District Judge