IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | Civ. Action No. 18-902-TJK |

## PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

For the reasons set forth in the accompanying Memorandum of Points and Authorities, Plaintiff Electronic Privacy Information Center ("EPIC") hereby moves the Court to assess an award of attorney's fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E)(i) against Defendant Internal Revenue Service in the amount of **$60,079.72.**

Respectfully Submitted,

ALAN BUTLER, D.C. Bar #1012128
EPIC President and Executive Director

/s/ John L. Davisson
JOHN L. DAVISSON, D.C. Bar #1531914
EPIC Director of Litigation and Senior Counsel
davisson@epic.org

ELECTRONIC PRIVACY
INFORMATION CENTER
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
(202) 483-1140 (telephone)
(202) 483-1248 (fax)
*Attorneys for Plaintiff EPIC*

2

Dated: June 6, 2022