IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | Civ. Action No. 18-902-TJK |

## ERRATA

Plaintiff Electronic Privacy Information Center ("EPIC") hereby submits this Errata to correct a clerical error in the June 6, 2022 Declaration of John L. Davisson, which EPIC filed as Exhibit D to Plaintiff's Motion for Attorney's Fees and Costs. ECF No. 38-5. As reflected in the attached Supplemental Declaration of John L. Davisson, Ex. L, the correct date range associated with EPIC's attorney hours spent on this case in connection with the Internal Revenue Service's Second Motion to Dismiss is February 12, 2019, to May 12, 2021. The original Declaration included an inaccurate date range.

    Respectfully Submitted,

    ALAN BUTLER, D.C. Bar #1012128
    EPIC President and Executive Director

    /s/ John L. Davisson
    JOHN L. DAVISSON, D.C. Bar #1531914
    EPIC Director of Litigation and Senior Counsel
    davisson@epic.org

1

        ELECTRONIC PRIVACY
        INFORMATION CENTER
        1519 New Hampshire Ave, N.W.
        Washington, D.C. 20036
        (202) 483-1140 (telephone)
        (202) 483-1248 (fax)
        *Attorneys for Plaintiff EPIC*

Dated: June 7, 2022