IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | Civ. Action No. 18-902-TJK |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSIONS OF TIME**

Plaintiff Electronic Privacy Information Center ("EPIC") respectfully moves the Court to extend by 21 days (to July 21, 2023) the time for EPIC to file an opposition to Defendant Internal Revenue Service ("IRS")'s Objection to Magistrate Judge G. Michael Harvey's Report and Recommendation, ECF. Nos. 42 & 43, and to extend by an additional 14 days (to August 11, 2023) the corresponding time for the IRS to file a reply.

On June 2, 2023, Judge Harvey issued a Report and Recommendation concerning EPIC's Motion for Attorney's Fees and Costs, ECF No. 38. Agreeing that EPIC substantially prevailed in this Freedom of Information Act ("FOIA") matter, Judge Harvey recommended that the Court find EPIC both eligible for and entitled to an award of costs and attorney's fees under the FOIA and that the Court grant EPIC's motion in the amount of $57,405.71. R. & R. 41.

On June 16, 2023, the IRS filed an Objection to Judge Harvey's Report and Recommendation. Under Local Civil Rules 72.3(b), 7(b), and 7(d), EPIC's opposition to the IRS's Objection is currently due June 30, 2023, and any reply filed by the IRS would be due seven days later on July 7, 2023.

1

EPIC respectfully moves the Court for a 21-day extension of the time in which to file its opposition (to July 21, 2023). Good cause exists for this extension, as undersigned counsel for EPIC is currently on a long-planned vacation and will not return to work regularly until July 10, 2023.

EPIC has conferred with counsel for the IRS, who conveyed that the IRS does not oppose this motion provided that the resulting deadline for the IRS to file a reply (if any) is extended by a further two weeks (to August 11, 2023) to avoid a conflict with counsel's scheduled obligations in other matters. EPIC therefore proposes that the Court adopt the following schedule of deadlines:

| **Filing** | **Existing Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| Plaintiff's Opposition to Defendant's Objection | June 30, 2023 | July 21, 2023 |
| Defendant's Reply in Support of Objection (if any) | July 7, 2023 | August 11, 2023 |

This is the first extension of time EPIC has sought in this matter. The IRS has previously been granted three extensions. *See* Minute Order (May 21, 2018); Minute Order (July 3, 2018); Minute Order (Mar. 21, 2019). No other previously set deadlines would be affected by the proposed extensions.

Respectfully Submitted,

ALAN BUTLER, D.C. Bar #1012128
EPIC President and Executive Director

/s/ John L. Davisson
JOHN L. DAVISSON, D.C. Bar #1531914
EPIC Director of Litigation and Senior Counsel
davisson@epic.org

                                       ELECTRONIC PRIVACY
                                       INFORMATION CENTER
                                       1519 New Hampshire Ave, N.W.
                                       Washington, D.C. 20036
                                       (202) 483-1140 (telephone)
                                       (202) 483-1248 (fax)
                                       *Attorneys for Plaintiff EPIC*

Dated: June 23, 2023